**Oney HELLEMS, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. ED 95727.**

Missouri Court of Appeals, Eastern District, Division Three.

April 3, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 24, 2012.

Application for Transfer Denied Aug. 14, 2012.

Jo Ann Rotermund, St. Louis, MO, for Movant/Appellant.

Shaun J. Mackelprang, Karen L. Kramer, Jefferson City, MO, for Respondent/Respondent.

Before ROBERT G. DOWD, JR., P.J., MARY K. HOFF, J., and SHERRI B. SULLIVAN, J.

1. All rule references are to Mo. R.Crim. P.2010, unless otherwise indicated.

*ORDER*

PER CURIAM.

Oney Hellems (Movant) appeals from the motion court's judgment denying his amended Motion to Vacate, Set Aside or Correct Judgment and Sentence filed pursuant to Rule 24.035 [1], following an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's findings and conclusions are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).